## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                **ORDER**
                                  Criminal File No. 04-419 (MJD/RLE)

(1) LAMONT HINES,

        Defendant.
_____

Tricia Tingle on behalf of Thomas M. Hollenhorst, Assistant United States Attorney, Counsel for Plaintiff.

Richard P. Holmstrom, Holmstrom Law Office, Counsel for Defendant.

_____

     As orally ordered at Defendant Lamont Hines' sentencing hearing on September 9, 2005, in response to the Government's oral motion, **IT IS HEREBY ORDERED** that:

     In Count 1 of the Indictment, the term "200" is deleted and replaced with the term "11.2." Further, the term "841(b)(1)(A)" is deleted and replaced with the term "841(b)(1)(B)."


Dated: September 14, 2005                      s/ Michael J. Davis
                                                               Judge Michael J. Davis
                                                               United States District Court